LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| PAULA CORNELISON,  )  | No.  EDCV 11-440 PLA |
| )  | |
|   Plaintiff,  )  | <u>ORDER AWARDING EAJA FEES</u> |
| )  | |
|   v.  )  | |
| )  | |
| MICHAEL J. ASTRUE,  )  | |
| Commissioner Of Social Security,  )  | |
| )  | |
|   Defendant.  )  | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND NINE HUNDRED FIFTY DOLLARS AND 00/100 ($2,950.00) subject to the terms of the stipulation.

DATE: February 16, 2012     _____
                                      HON. PAUL L ABRAMS
                                      UNITED STATES MAGISTRATE JUDGE